

June 28, 2016

**VIA E-FILING**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26, Room 6124
Wilmington, Delaware 19801-3556

Re:   *Benefit Funding Systems LLC, et al. v. Advance America, Cash Advance Centers, Inc.*
**(C.A. No. 12-cv-801-LPS)**
*Benefit Funding Systems LLC, et al. v. Regions Financial Corp.*
**(C.A. No. 12-cv-802-LPS)**
*Benefit Funding Systems LLC, et al. v. U.S. Bancorp*
**(C.A. No. 12-cv-803-LPS)**

Dear Chief Judge Stark:

In reply to Defendants' June 24, 2016 response to the Court's Oral Order of June 21, 2016, Plaintiffs state as follows.

To clarify Paragraph 4 of Plaintiffs' Motion, Plaintiffs request the Court acknowledge their *position* they *may* in the future—given the continually evolving state of 35 U.S.C. § 101 jurisprudence and rules governing post-grant reviews at the PTAB under the AIA—file a Rule 60(b) motion based on a change in law.  In this circuit, Rule 60(b) motions based on a post-judgment change in the law are not foreclosed.  *See, e.g., Cox v. Horn*, 757 F.3d 113, 122 (3d Cir. 2014) ("We, therefore, believe that our case-dependent analysis, fully in line with Rule 60(b)(6)'s equitable moorings, retains vitality . . . and we do not adopt a per se rule that a change in decisional law . . . is inadequate, either standing alone or in tandem with other factors, to invoke relief from a final judgment under 60(b)(6).").  Plaintiffs do not ask the Court to decide now whether such a Rule 60(b) motion in the future should be granted.  Rather, they request the Court enter an order acknowledging it is their position they may file such a motion.  If, at some point in the future, Plaintiffs file a Rule 60(b) motion, Defendants may then contest the availability of such relief to Plaintiffs.  Plaintiffs are simply attempting to avoid a later complaint they made no mention of a possible, future Rule 60(b) motion in the event of a post-judgment change in the law.

We are available at the Court's convenience to discuss this matter further.

Respectfully submitted,

/s/ Michael J. Farnan

Michael J. Farnan

cc: Counsel of Record (via *E-Filing*)

919 N. MARKET STREET, 12TH FLOOR, WILMINGTON, DE 19801
PHONE: (302) 777-0300 • FAX: (302) 777-0301 • WWW.FARNANLAW.COM