**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **BENEFIT FUNDING SYSTEMS LLC and RETIREMENT CAPITAL ACCESS MANAGEMENT COMPANY LLC,** | § | |
| **Plaintiffs,** | § | **Civil Action No. 12-801-LPS** |
| **v.** | § | |
| **ADVANCE AMERICA, CASH ADVANCE CENTERS, INC. and CNU ONLINE HOLDINGS, LLC F/K/A CASH AMERICA NET HOLDINGS, LLC** | § | **JURY DEMANDED** |
| **Defendant.** | § | |

---

| | | |
|---|---|---|
| **BENEFIT FUNDING SYSTEMS LLC and RETIREMENT CAPITAL ACCESS MANAGEMENT COMPANY LLC,** | § | |
| **Plaintiffs,** | § | **Civil Action No. 12-802-LPS** |
| **v.** | § | |
| **REGIONS FINANCIAL CORP.** | § | **JURY DEMANDED** |
| **Defendant.** | § | |

---

| | | |
|---|---|---|
| **BENEFIT FUNDING SYSTEMS LLC and RETIREMENT CAPITAL ACCESS MANAGEMENT COMPANY LLC,** | § | |
| **Plaintiffs,** | § | **Civil Action No. 12-803-LPS** |
| **v.** | § | |
| **U.S. BANCORP.** | § | **JURY DEMANDED** |
| **Defendant.** | § | |

**ORDER OF DISMISSAL**

Having considered Plaintiffs' Motion to Dismiss (D.I. 98 in Civil Action No. 12-801-LPS), the parties' status report and follow-up letters, the Court is of the opinion that the motion should be GRANTED in part and DENIED in part.

IT IS THEREFORE ORDERED, ADJUGED, AND DECREED that Plaintiffs' claims against Defendants are dismissed with prejudice. This order does not preclude the Defendants from seeking attorney's fees and costs.

IT IS SO ORDERED, this 31st day of March, 2017.

______________________________
The Honorable Leonard P. Stark